FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 AUG 16 AM 9:05

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

YUSEF LATEEF JACKSON,     )
                          )
    Movant,               )
                          )    CV410-165
v.                        )    CV408-110
                          )    CR406-258
UNITED STATES OF AMERICA, )
                          )
    Respondent.           )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 16th day of August, 2010.

B. AVANT EDENFIELD, JUDGE,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA